IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSIE SIMS,

       Plaintiff,                    No. CIV S-05-0902 FCD GGH P

   vs.

D.L. RUNNELS, Warden, et al.,

       Defendants.           ORDER

_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 27, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 16, 2005 request for an extension of time is granted;

       2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint; and

       3. There will be no further extension of time.

DATED: 11/23/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
sims0902.36